# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | | |
|---|---|---|---|
| **DATE:** | 7/19/2023 | **CASE NUMBER:** | **4:21cr267(1)** |
| **LOCATION:** | Plano, TX | USA | |
| **JUDGE:** | Sean D. Jordan | **Stevan Buys** | Assigned |
| **DEP.CLERK:** | Bonnie Sanford | V.   **Stevan Buys** | Appeared |
| **REPORTER:** | Gayle Wear | | |
| **USPO:** | Robert Lopez | **JOHAN MANUEL NARVAEZ WAITOTO** | |
| **INTERP:** | Letty Medina | Defendant | |
| | | **Matthew Haas for Phillip Linder** | |
| | | Defense Attorney | |

**Begin**: 2:12 pm     **Adjourn**: 2:40 pm

### SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 135 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

The court recommends drug treatment while incarcerated.
The court recommends FCI near Miami, FL.

Govt motion to dismiss remaining counts granted.

Defendant remanded to the U.S. Marshal.

<u>X</u> . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.