Case 4:21-cr-00267-SDJ-KPJ   Document 41   Filed 08/26/24   Page 1 of 1 PageID #: 126

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHAN MANUEL NARVAEZ WAITOTO | ) | Case No: 4:21 CR 00267-1 |
| | ) | USM No: 77399-509 |
| Date of Original Judgment: 07/20/2023 | ) | |
| Date of Previous Amended Judgment: | ) | Juan D. Berrio |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  135  months **is reduced to**  108  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/20/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/26/2024

*Judge's signature*

Effective Date: 

*(if different from order date)*

SEAN D. JORDAN, UNITED STATES DISTRICT JUDGE
*Printed name and title*